**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6008**

FREDDIE EUGENE CASEY,

　　　　　　　Plaintiff - Appellant,

　　　　v.

HAROLD W. CLARKE, Director VADOC; SGT. LARGE, Correctional Sergeant; MESSER, C/O; BARTON, C/O; MEAD, C/O; GIBSON, C/O; YOUNG, C/O; NURSE WOOD, Institutional Nurse,

　　　　　　　Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James P. Jones, District Judge. (7:15-cv-00689-JPJ-RSB)

Submitted: June 20, 2017　　　　　　　　　　Decided: June 22, 2017

Before SHEDD, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Freddie Eugene Casey, Appellant Pro Se. Jessica Leigh Berdichevsky, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for the Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Freddie Eugene Casey appeals the district court's order dismissing his civil rights complaint for failure to state a claim and exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Casey v. Clarke*, No. 7:15-cv-00689-JPJ-RSB (W.D. Va. Dec. 2, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*